FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF NAN SHANN CHANG, et al., <br><br> Plaintiff(s), <br><br> -vs- <br><br> SINGAPORE AIRLINES, INC., et al. <br> Defendant(s), | CV 01-1754-DT (Ex) <br><br> **ORDER DISMISSING CIVIL ACTION** |

ENTERED
CLERK, U.S. DISTRICT COURT

SEP - 9 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: September 8, 2004

DICKRAN TEVRIZIAN

_____
**DICKRAN TEVRIZIAN**
**UNITED STATES DISTRICT JUDGE**